No. 4,953.—ABBIE M. McCLAIN, APPELLANT, *v.* GUS GREENHEACK, RESPONDENT.

*Appeal from District Court of Granite County; Geo. B. Winston, Judge.*

Decided April 27, 1922.

PER CURIAM.—Upon motion of respondent herein, and for good cause shown, the appeal in the above-entitled cause is dismissed.

*Messrs. Wingfield L. Brown* and *Mr. R. °Lewis Brown,* for Respondent.

———

No. 5,085.—JOHN A. B. CARBIS, RESPONDENT, *v.* BLIBAL BETOR ET AL., APPELLANTS.

*Appeal from the District Court of Lewis and Clark County.*

Decided April 27, 1922.

PER CURIAM.—On motion of respondent, the appeal in the above-entitled cause is dismissed for failure of appellants to file transcript within the time allowed by law.

*Mr. Wellington D. Rankin* and *Mr. A. H. McConnell,* for Appellants.

*Mr. Joseph R. Wine,* for Respondent.